

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00209-CR

Ramon **DAVIDSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR11312W
Honorable Lorina I. Rummel, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

Delivered and Filed:  August 5, 2015

DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish